PARKER & PARKER vs. WAKEMAN.

Where the defendant in a creditor's suit, after the service of the ordinary injunction upon him, proceeds to judgment in a suit which he had previously commenced against a third party, it is not such a breach of the injunction as will authorize the complainant to proceed against him for a contempt.

THIS was an application for an attachment against the defendant for the breach of an injunction.   The suit was upon a creditor's bill, and after the service of the ordinary injunction in such suit, the defendant proceeded to a hearing before referees, in a suit which he had previously commenced against a third person, and obtained a report and entered judgment thereon.

November 24.

*J. Rhoades*, for the complainants.

*M. T. Reynolds*, for the defendant.

The CHANCELLOR denied the application, upon the ground that the act complained of was not such a breach of the injunction as would authorize the complainants to proceed against the defendant for a contempt.   He said it could not possibly injure them in the collection of their debt, and was apparently for their benefit ; and that it was not an intermeddling with the defendant's property within the spirit and intent of the injunction.